IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARY GERTSEN, et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | NO. 04-cv-1779 |
| | : | (Consolidated) |
| FIRST HORIZON HOME LOAN | : | |
| CORPORATION, et al., | : | |
| Defendants. | : | |

FILED
HARRISBURG, PA
APR 26 2007
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

| | | |
|---|---|---|
| STEVEN CARR, et al., | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | NO. 06-cv-1114 |
| | : | |
| FIRST HORIZON HOME LOAN | : | |
| CORPORATION, et al., | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| MICHAEL AND VICTORIA HOLT, et al., | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | NO. 06-cv-0018 |
| | : | |
| FIRST HORIZON HOME LOAN | : | |
| CORPORATION, et al., | : | |
| Defendants. | : | |

**JOINT MOTION TO FILE A DOCUMENT UNDER SEAL**

The plaintiffs in the above-captioned actions ("Plaintiffs") more specifically identified on Exhibit "A" hereto and defendants, Old Republic National Title Insurance Company, First Horizon Home Loan Corporation d/b/a MNC Mortgage, FT Mortgage d/b/a MNC Mortgage, Cynthia Baxter Wolf, Michael Sedor, Penn State Abstract Company, Guardian Home Funding, Inc. t/d/b/a Aarrow Mortgage Group, U.S. Mortgage Finance Corporation, Coastal Capital

Corporation (the "Settling Defendants")[1], by and through their undersigned counsel, hereby move the Court for permission to file the document contained in the attached envelope under seal. In support thereof, the parties rely upon the Joint Statement of Legal and Factual Justification for Sealing Order contained in the attached envelope.

WHEREFORE, the Plaintiffs and the Settling Defendants, respectfully request that the Court grant their Motion and enter an Order in the form proposed.

Dated: April 25, 2007

---

MARK R. CUKER, ESQUIRE
WILLIAMS CUKER BEREZOFSKY
One Penn Center at Suburban Station
1617 JFK Boulevard, Suite 800
Philadelphia, PA 19103-1819
(215) 557-0099

Attorney for Plaintiffs

---

DAVID BANKS, ESQUIRE
BANKS & BANKS
3038 Church Road
Lafayette Hill, PA 19444
(610) 940-3900

Attorney for Plaintiffs

---

DAVID M. CEDAR, ESQUIRE
MEROVITZ, CEDAR & GRUBER
1234 Market Street, Suite 2040
Philadelphia, PA 19107-3789
(215) 546-6222

Attorney for Plaintiffs

---

SETH LESSER, ESQUIRE
LOCKS LAW FIRM
1500 Walnut Street, 20th Floor
Philadelphia, PA 19102
(215) 893-3434

Attorney for Plaintiffs

---

[1] Although defendants Appraisals, Ltd. and Matthew Flohr have settled the Plaintiffs' claims against them, they are not participating in this filing because they have already paid their share of the settlement funds to the Plaintiffs. Defendant Charles Rees Brown has not yet signed the Settlement Agreement and, therefore, he is not a signatory to this document although it is anticipated that the Plaintiffs' claims against him will be settled.

*[signature]*
EDWARD J. HAYES, ESQUIRE
LAUREN P. McKENNA, ESQUIRE
PETER C. BUCKLEY, ESQUIRE
FOX ROTHSCHILD LLP
2000 Market Street, 10th Floor
Philadelphia, PA 19103
(215) 299-2000

Attorneys for Defendant,
OLD REPUBLIC NATIONAL TITLE
INSURANCE COMPANY

JOSEPH F. YENOUSKAS, ESQUIRE
GOODWIN PROCTER LLP
901 New York Avenue, NW
9th Floor East
Washington, DC 20001
(202) 346-4000

Attorney for Defendants,
FIRST HORIZON HOME LOANS, INC.
d/b/a MNC MORTGAGE f/k/a MNC
MORTGAGE and CYNTHIA BAXTER WOLF


WILLIAM J. PETERS, ESQUIRE
PETERS & WASILEFSKI
2931 North Front Street
Harrisburg, PA 17110
(717) 238-7555

Attorney for Defendants,
MICHAEL SEDOR and PENN STATE
ABSTRACT COMPANY

RORY O. CONNAUGHTON, ESQUIRE
HARTMAN, UNDERHILL & BRUBAKER LLP
221 East Chestnut Street
Lancaster, PA 17602
(717) 299-7254

Attorney for Defendant,
GUARDIAN HOME FUNDING, INC.
t/d/b/a AARROW MORTGAGE GROUP


DAVID R. FINE, ESQUIRE
KIRKPATRICK & LOCKHART PRESTON
    GATES ELLIS LLP
17 North Second Street, 18th Floor
Harrisburg, PA 17101
(717) 231-4500

Attorney for Defendant,
U.S. MORTGAGE FINANCE CORPORATION

and through their undersigned counsel, hereby move the Court for permission to file the document contained in the attached envelope under seal. In support thereof, the parties rely upon the Joint Statement of Legal and Factual Justification for Sealing Order contained in the attached envelope.

WHEREFORE, the Plaintiffs and the Settling Defendants, respectfully request that the Court grant their Motion and enter an Order in the form proposed.

/s/ Mark R. Cuker

MARK R. CUKER, ESQUIRE
WILLIAMS CUKER BEREZOFSKY
One Penn Center at Suburban Station
1617 JFK Boulevard, Suite 800
Philadelphia, PA 19103-1819
(215) 557-0099

Attorney for Plaintiffs

DAVID BANKS, ESQUIRE
BANKS & BANKS
3038 Church Road
Lafayette Hill, PA 19444
(610) 940-3900

Attorney for Plaintiffs

DAVID M. CEDAR, ESQUIRE
MEROVITZ, CEDAR & GRUBER
1234 Market Street, Suite 2040
Philadelphia, PA 19107-3789
(215) 546-6222

Attorney for Plaintiffs

SETH LESSER, ESQUIRE
LOCKS LAW FIRM
1500 Walnut Street, 20th Floor
Philadelphia, PA 19102
(215) 893-3434

Attorney for Plaintiffs

EDWARD J. HAYES, ESQUIRE
LAUREN P. MCKENNA, ESQUIRE
FOX ROTHSCHILD LLP
2000 Market Street, 10th Floor
Philadelphia, PA 19103
(215) 299-2000
Attorneys for Defendant,
OLD REPUBLIC NATIONAL TITLE
INSURANCE COMPANY

JOSEPH F. YENOUSKAS, ESQUIRE
GOODWIN PROCTER LLP
901 New York Avenue, NW
9th Floor East
Washington, DC 20001
(202) 346-4000

Attorney for Defendants,
FIRST HORIZON HOME LOANS, INC.
d/b/a MNC MORTGAGE f/k/a MNC
MORTGAGE and CYNTHIA BAXTER

and through their undersigned counsel, hereby move the Court for permission to file the document contained in the attached envelope under seal. In support thereof, the parties rely upon the Joint Statement of Legal and Factual Justification for Sealing Order contained in the attached envelope.

WHEREFORE, the Plaintiffs and the Settling Defendants, respectfully request that the Court grant their Motion and enter an Order in the form proposed.

---

MARK R. CUKER, ESQUIRE
WILLIAMS CUKER BEREZOFSKY
One Penn Center at Suburban Station
1617 JFK Boulevard, Suite 800
Philadelphia, PA 19103-1819
(215) 557-0099

Attorney for Plaintiffs

---

DAVID BANKS, ESQUIRE
BANKS & BANKS
3038 Church Road
Lafayette Hill, PA 19444
(610) 940-3900

Attorney for Plaintiffs

---

DAVID M. CEDAR, ESQUIRE
MEROVITZ, CEDAR & GRUBER
1234 Market Street, Suite 2040
Philadelphia, PA 19107-3789
(215) 546-6222

Attorney for Plaintiffs

---

SETH LESSER, ESQUIRE
LOCKS LAW FIRM
1500 Walnut Street, 20th Floor
Philadelphia, PA 19102
(215) 893-3434

Attorney for Plaintiffs

---

EDWARD J. HAYES, ESQUIRE
LAUREN P. MCKENNA, ESQUIRE
FOX ROTHSCHILD LLP
2000 Market Street, 10th Floor
Philadelphia, PA 19103
(215) 299-2000
Attorneys for Defendant,
OLD REPUBLIC NATIONAL TITLE
INSURANCE COMPANY

---

JOSEPH F. YENOUSKAS, ESQUIRE
GOODWIN PROCTER LLP
901 New York Avenue, NW
9th Floor East
Washington, DC 20001
(202) 346-4000

Attorney for Defendants,
FIRST HORIZON HOME LOANS, INC.
d/b/a MNC MORTGAGE f/k/a MNC
MORTGAGE and CYNTHIA BAXTER

and through their undersigned counsel, hereby move the Court for permission to file the document contained in the attached envelope under seal. In support thereof, the parties rely upon the Joint Statement of Legal and Factual Justification for Sealing Order contained in the attached envelope.

WHEREFORE, the Plaintiffs and the Settling Defendants, respectfully request that the Court grant their Motion and enter an Order in the form proposed.

MARK R. CUKER, ESQUIRE
WILLIAMS CUKER BEREZOFSKY
One Penn Center at Suburban Station
1617 JFK Boulevard, Suite 800
Philadelphia, PA 19103-1819
(215) 557-0099

Attorney for Plaintiffs

DAVID M. CEDAR, ESQUIRE
MEROVITZ, CEDAR & GRUBER
1234 Market Street, Suite 2040
Philadelphia, PA 19107-3789
(215) 546-6222

Attorney for Plaintiffs

DAVID BANKS, ESQUIRE
BANKS & BANKS
3038 Church Road
Lafayette Hill, PA 19444
(610) 940-3900

Attorney for Plaintiffs

SETH LESSER, ESQUIRE
LOCKS LAW FIRM
1500 Walnut Street, 20th Floor
Philadelphia, PA 19102
(215) 893-3434

Attorney for Plaintiffs

EDWARD J. HAYES, ESQUIRE
LAUREN P. MCKENNA, ESQUIRE
FOX ROTHSCHILD LLP
2000 Market Street, 10th Floor
Philadelphia, PA 19103
(215) 299-2000
Attorneys for Defendant,
OLD REPUBLIC NATIONAL TITLE
INSURANCE COMPANY

JOSEPH F. YENOUSKAS, ESQUIRE
GOODWIN PROCTER LLP
901 New York Avenue, NW
9th Floor East
Washington, DC 20001
(202) 346-4000

Attorney for Defendants,
FIRST HORIZON HOME LOANS, INC.
d/b/a MNC MORTGAGE f/k/a MNC
MORTGAGE and CYNTHIA BAXTER

PH1 962926v1 04/17/07

and through their undersigned counsel, hereby move the Court for permission to file the document contained in the attached envelope under seal. In support thereof, the parties rely upon the Joint Statement of Legal and Factual Justification for Sealing Order contained in the attached envelope.

WHEREFORE, the Plaintiffs and the Settling Defendants, respectfully request that the Court grant their Motion and enter an Order in the form proposed.

| | |
|---|---|
| MARK R. CUKER, ESQUIRE<br>WILLIAMS CUKER BEREZOFSKY<br>One Penn Center at Suburban Station<br>1617 JFK Boulevard, Suite 800<br>Philadelphia, PA 19103-1819<br>(215) 557-0099<br><br>Attorney for Plaintiffs | DAVID BANKS, ESQUIRE<br>BANKS & BANKS<br>3038 Church Road<br>Lafayette Hill, PA 19444<br>(610) 940-3900<br><br>Attorney for Plaintiffs |
| DAVID M. CEDAR, ESQUIRE<br>MEROVITZ, CEDAR & GRUBER<br>1234 Market Street, Suite 2040<br>Philadelphia, PA 19107-3789<br>(215) 546-6222<br><br>Attorney for Plaintiffs | SETH LESSER, ESQUIRE<br>LOCKS LAW FIRM<br>1500 Walnut Street, 20th Floor<br>Philadelphia, PA 19102<br>(215) 893-3434<br><br>Attorney for Plaintiffs |
| EDWARD J. HAYES, ESQUIRE<br>LAUREN P. MCKENNA, ESQUIRE<br>FOX ROTHSCHILD LLP<br>2000 Market Street, 10th Floor<br>Philadelphia, PA 19103<br>(215) 299-2000<br>Attorneys for Defendant,<br>OLD REPUBLIC NATIONAL TITLE<br>INSURANCE COMPANY | JOSEPH F. YENOUSKAS, ESQUIRE<br>GOODWIN PROCTER LLP<br>901 New York Avenue, NW<br>9th Floor East<br>Washington, DC 20001<br>(202) 346-4000<br><br>Attorney for Defendants,<br>FIRST HORIZON HOME LOANS, INC.<br>d/b/a MNC MORTGAGE f/k/a MNC<br>MORTGAGE and CYNTHIA BAXTER |

-2-

PHI 962926v1 04/17/07

*(signature)*
WILLIAM J. PETERS, ESQUIRE
PETERS & WASILEFSKI
2931 North Front Street
Harrisburg, PA 17110
(717) 238-7555

Attorney for Defendants,
MICHAEL SEDOR and PENN STATE
ABSTRACT COMPANY

WOLF
RORY O. CONNAUGHTON, ESQUIRE
HARTMAN, UNDERHILL & BRUBAKER
LLP
221 East Chestnut Street
Lancaster, PA 17602
(717) 299-7254

Attorney for Defendant,
GUARDIAN HOME FUNDING, INC.
t/d/b/a AARROW MORTGAGE GROUP


TIMOTHY J. MCMAHON, ESQUIRE
MARSHALL, DENNEHEY, WARNER
    COLEMAN & GOGGIN
4200 Crums Mill Road, Suite B
Harrisburg, PA 17112

Attorney for Defendants,
APPRAISALS, LTD and MATTHEW FLOHR

DAVID R. FINE, ESQUIRE
K & L GATES
17 North Second Street, 18th Floor
Harrisburg, PA 17101
(717) 231-4500

Attorney for Defendant,
U.S. MORTGAGE FINANCE
CORPORATION


CHARLES REES BROWN, Pro Se

-3-

|  |  |
|---|---|
|  | WOLF _____ |
| _____ | _____ |
| WILLIAM J. PETERS, ESQUIRE | RORY O. CONNAUGHTON, ESQUIRE |
| PETERS & WASILEFSKI | HARTMAN, UNDERHILL & BRUBAKER LLP |
| 2931 North Front Street | 221 East Chestnut Street |
| Harrisburg, PA 17110 | Lancaster, PA 17602 |
| (717) 238-7555 | (717) 299-7254 |
|  |  |
| Attorney for Defendants, | Attorney for Defendant, |
| MICHAEL SEDOR and PENN STATE ABSTRACT COMPANY | GUARDIAN HOME FUNDING, INC. t/d/b/a AARROW MORTGAGE GROUP |
|  |  |
| _____ | _____ |
| TIMOTHY J. MCMAHON, ESQUIRE | DAVID R. FINE, ESQUIRE |
| MARSHALL, DENNEHEY, WARNER COLEMAN & GOGGIN | K & L GATES |
| 4200 Crums Mill Road, Suite B | 17 North Second Street, 18th Floor |
| Harrisburg, PA 17112 | Harrisburg, PA 17101 |
|  | (717) 231-4500 |
| Attorney for Defendants, | Attorney for Defendant, |
| APPRAISALS, LTD and MATTHEW FLOHR | U.S. MORTGAGE FINANCE CORPORATION |

_____
CHARLES REES BROWN, Pro Se