IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARY GERTSEN, et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | NO. 04-cv-1779 |
| | : | (Consolidated) |
| FIRST HORIZON HOME LOAN | : | |
| CORPORATION, et al., | : | |
| Defendants. | : | |

FILED
HARRISBURG, PA
APR 2 6 2007
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

| | | |
|---|---|---|
| STEVEN CARR, et al., | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | NO. 06-cv-1114 |
| | : | |
| FIRST HORIZON HOME LOAN | : | |
| CORPORATION, et al., | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| MICHAEL AND VICTORIA HOLT, et al., | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | NO. 06-cv-0018 |
| | : | |
| FIRST HORIZON HOME LOAN | : | |
| CORPORATION, et al., | : | |
| Defendants. | : | |

**JOINT STATEMENT OF LEGAL AND
FACTUAL JUSTIFICATION FOR SEALING ORDER**

The plaintiffs in the above-captioned actions ("Plaintiffs") more specifically identified on Exhibit "A" to the Joint Motion and defendants, Old Republic National Title Insurance Company, First Horizon Home Loan Corporation d/b/a MNC Mortgage, FT Mortgage d/b/a MNC Mortgage, Cynthia Baxter Wolf, Michael Sedor, Penn State Abstract Company, Guardian Home Funding, Inc. t/d/b/a Aarrow Mortgage Group, U.S. Mortgage Finance Corporation,

Coastal Capital Corporation (the "Settling Defendants")[1], by and through their undersigned counsel, hereby submit this Joint Statement of Legal and Factual Justification for Sealing Order in support of their Joint Motion to File a Document Under Seal.

The Plaintiffs and the Settling Defendants state as follows:

1. The Plaintiffs and the Settling Defendants have agreed to the compromise and settlement of the above-captioned lawsuits (the "Settlement") subject to terms and conditions set forth in a settlement agreement (the "Settlement Agreement").

2. The Settlement Agreement contains a provision (the "Court Approval Provision") creating an escrow fund and providing that any payments from the escrow fund to the Plaintiffs are "expressly conditioned on approval of the Settlement by the [United States District Court for the Middle District of Pennsylvania] in the Lawsuits and the entry of a final written order which shall: (1) approve the Settlement as fair and reasonable; (2) approve the releases and assignment of claims provided for herein as fair and reasonable; and (3) provide that the District Court shall retain jurisdiction of this action for the purposes of enforcement of the Settlement Agreement."

3. The Settlement Agreement also contains a confidentiality provision (the "Confidentiality Provision") that provides:

> Confidentiality. Except as provided herein, the terms and conditions of this Settlement shall be strictly confidential. The parties agree, on their own behalf and on behalf of their attorneys, that no terms of the Settlement may be disclosed to third parties and that the only statement that can be made to third parties regarding the Lawsuits is that an agreement acceptable to all parties has been reached, and that, therefore, Plaintiffs' claims in the Lawsuits have been dismissed. However, nothing in this Settlement Agreement shall prevent the parties from making disclosures regarding the terms of the Settlement: (a) to their attorneys and accountants, only to the extent necessary to receive legal, accounting, or tax advice or to conduct financial affairs; (b)

---

[1] Although defendants Appraisals, Ltd. and Matthew Flohr have settled the Plaintiffs' claims against them, they are not participating in this filing because they have already paid their share of the settlement funds to the Plaintiffs. Defendant Charles Rees Brown has not yet signed the Settlement Agreement and, therefore, he is not a signatory to this document although it is anticipated that the Plaintiffs' claims against him will be settled.

as otherwise required by court order, a rule of law, or regulation, including regulations relating to financial reporting and/or disclosure; or (c) as otherwise reasonably necessary in order to effectuate or enforce the Settlement.

4. The Court Approval Provision and the Confidentiality Provision were negotiated by the Plaintiffs and the Settling Defendants and are integral components of the Settlement Agreement because, without them, the Settlement would not be possible.

5. To obtain Court approval of the Settlement (and, thus, to comply with the Court Approval Provision), the Plaintiffs and the Settling Defendants intend to file a Joint Motion for Court Approval of Settlement and attach the Settlement Agreement as an exhibit.

6. The Plaintiffs and the Settling Defendants seek a sealing order with respect to the Joint Motion for Court Approval of Settlement because, if the document is not filed under seal, the Plaintiffs and the Settling Defendants will be unable to obtain compliance with the Confidentiality Provision.

7. Good cause exists for the sealing of the Joint Motion for Court Approval of Settlement.

Dated: April 25, 2007

| | |
|---|---|
| MARK R. CUKER, ESQUIRE<br>WILLIAMS CUKER BEREZOFSKY<br>One Penn Center at Suburban Station<br>1617 JFK Boulevard, Suite 800<br>Philadelphia, PA 19103-1819<br>(215) 557-0099<br><br>Attorney for Plaintiffs | DAVID BANKS, ESQUIRE<br>BANKS & BANKS<br>3038 Church Road<br>Lafayette Hill, PA 19444<br>(610) 940-3900<br><br>Attorney for Plaintiffs |

| | |
|---|---|
| DAVID M. CEDAR, ESQUIRE<br>MEROVITZ, CEDAR & GRUBER<br>1234 Market Street, Suite 2040<br>Philadelphia, PA 19107-3789<br>(215) 546-6222<br><br>Attorney for Plaintiffs | SETH LESSER, ESQUIRE<br>LOCKS LAW FIRM<br>1500 Walnut Street, 20th Floor<br>Philadelphia, PA 19102<br>(215) 893-3434<br><br>Attorney for Plaintiffs |
| EDWARD J. HAYES, ESQUIRE<br>LAUREN P. MCKENNA, ESQUIRE<br>PETER C. BUCKLEY, ESQUIRE<br>FOX ROTHSCHILD LLP<br>2000 Market Street, 10th Floor<br>Philadelphia, PA 19103<br>(215) 299-2000<br>Attorneys for Defendant,<br>OLD REPUBLIC NATIONAL TITLE<br>INSURANCE COMPANY | JOSEPH F. YENOUSKAS, ESQUIRE<br>GOODWIN PROCTER LLP<br>901 New York Avenue, NW<br>9th Floor East<br>Washington, DC 20001<br>(202) 346-4000<br><br>Attorney for Defendants,<br>FIRST HORIZON HOME LOANS, INC.<br>d/b/a MNC MORTGAGE f/k/a MNC<br>MORTGAGE and CYNTHIA BAXTER<br>WOLF |
| WILLIAM J. PETERS, ESQUIRE<br>PETERS & WASILEFSKI<br>2931 North Front Street<br>Harrisburg, PA 17110<br>(717) 238-7555<br><br>Attorney for Defendants,<br>MICHAEL SEDOR and PENN STATE<br>ABSTRACT COMPANY | RORY O. CONNAUGHTON, ESQUIRE<br>HARTMAN, UNDERHILL & BRUBAKER<br>LLP<br>221 East Chestnut Street<br>Lancaster, PA 17602<br>(717) 299-7254<br><br>Attorney for Defendant,<br>GUARDIAN HOME FUNDING, INC.<br>t/d/b/a AARROW MORTGAGE GROUP |
| | DAVID R. FINE, ESQUIRE<br>KIRKPATRICK & LOCKHART PRESTON<br>  GATES ELLIS LLP<br>17 North Second Street, 18th Floor<br>Harrisburg, PA 17101<br>(717) 231-4500<br>Attorney for Defendant,<br>U.S. MORTGAGE FINANCE<br>CORPORATION |

disclosure; or (c) as otherwise reasonably necessary in order to effectuate or enforce the Settlement.

4. The Court Approval Provision and the Confidentiality Provision were negotiated by the Plaintiffs and the Settling Defendants and are integral components of the Settlement Agreement because, without them, the Settlement would not be possible.

5. To obtain Court approval of the Settlement (and, thus, to comply with the Court Approval Provision), the Plaintiffs and the Settling Defendants intend to file a Joint Motion for Court Approval of Settlement and attach the Settlement Agreement as an exhibit.

6. The Plaintiffs and the Settling Defendants seek a sealing order with respect to the Joint Motion for Court Approval of Settlement because, if the document is not filed under seal, the Plaintiffs and the Settling Defendants will be unable to obtain compliance with the Confidentiality Provision.

7. Good cause exists for the sealing of the Joint Motion for Court Approval of Settlement.

*[signature]*

MARK R. CUKER, ESQUIRE
WILLIAMS CUKER BEREZOFSKY
One Penn Center at Suburban Station
1617 JFK Boulevard, Suite 800
Philadelphia, PA 19103-1819
(215) 557-0099

Attorney for Plaintiffs

DAVID BANKS, ESQUIRE
BANKS & BANKS
3038 Church Road
Lafayette Hill, PA 19444
(610) 940-3900

Attorney for Plaintiffs

DAVID M. CEDAR, ESQUIRE
MEROVITZ, CEDAR & GRUBER
1234 Market Street, Suite 2040
Philadelphia, PA 19107-3789
(215) 546-6222

Attorney for Plaintiffs

SETH LESSER, ESQUIRE
LOCKS LAW FIRM
1500 Walnut Street, 20th Floor
Philadelphia, PA 19102
(215) 893-3434

Attorney for Plaintiffs

disclosure; or (c) as otherwise reasonably necessary in order to effectuate or enforce the Settlement.

4. The Court Approval Provision and the Confidentiality Provision were negotiated by the Plaintiffs and the Settling Defendants and are integral components of the Settlement Agreement because, without them, the Settlement would not be possible.

5. To obtain Court approval of the Settlement (and, thus, to comply with the Court Approval Provision), the Plaintiffs and the Settling Defendants intend to file a Joint Motion for Court Approval of Settlement and attach the Settlement Agreement as an exhibit.

6. The Plaintiffs and the Settling Defendants seek a sealing order with respect to the Joint Motion for Court Approval of Settlement because, if the document is not filed under seal, the Plaintiffs and the Settling Defendants will be unable to obtain compliance with the Confidentiality Provision.

7. Good cause exists for the sealing of the Joint Motion for Court Approval of Settlement.

| | |
|---|---|
| MARK R. CUKER, ESQUIRE<br>WILLIAMS CUKER BEREZOFSKY<br>One Penn Center at Suburban Station<br>1617 JFK Boulevard, Suite 800<br>Philadelphia, PA 19103-1819<br>(215) 557-0099<br><br>Attorney for Plaintiffs | DAVID BANKS, ESQUIRE<br>BANKS & BANKS<br>3038 Church Road<br>Lafayette Hill, PA 19444<br>(610) 940-3900<br><br>Attorney for Plaintiffs |
| DAVID M. CEDAR, ESQUIRE<br>MEROVITZ, CEDAR & GRUBER<br>1234 Market Street, Suite 2040<br>Philadelphia, PA 19107-3789<br>(215) 546-6222<br><br>Attorney for Plaintiffs | SETH LESSER, ESQUIRE<br>LOCKS LAW FIRM<br>1500 Walnut Street, 20th Floor<br>Philadelphia, PA 19102<br>(215) 893-3434<br><br>Attorney for Plaintiffs |

disclosure; or (c) as otherwise reasonably necessary in order to effectuate or enforce the Settlement.

4. The Court Approval Provision and the Confidentiality Provision were negotiated by the Plaintiffs and the Settling Defendants and are integral components of the Settlement Agreement because, without them, the Settlement would not be possible.

5. To obtain Court approval of the Settlement (and, thus, to comply with the Court Approval Provision), the Plaintiffs and the Settling Defendants intend to file a Joint Motion for Court Approval of Settlement and attach the Settlement Agreement as an exhibit.

6. The Plaintiffs and the Settling Defendants seek a sealing order with respect to the Joint Motion for Court Approval of Settlement because, if the document is not filed under seal, the Plaintiffs and the Settling Defendants will be unable to obtain compliance with the Confidentiality Provision.

7. Good cause exists for the sealing of the Joint Motion for Court Approval of Settlement.

MARK R. CUKER, ESQUIRE
WILLIAMS CUKER BEREZOFSKY
One Penn Center at Suburban Station
1617 JFK Boulevard, Suite 800
Philadelphia, PA 19103-1819
(215) 557-0099

Attorney for Plaintiffs

DAVID BANKS, ESQUIRE
BANKS & BANKS
3038 Church Road
Lafayette Hill, PA 19444
(610) 940-3900

Attorney for Plaintiffs

DAVID M. CEDAR, ESQUIRE
MEROVITZ, CEDAR & GRUBER
1234 Market Street, Suite 2040
Philadelphia, PA 19107-3789
(215) 546-6222

Attorney for Plaintiffs

SETH LESSER, ESQUIRE
LOCKS LAW FIRM
1500 Walnut Street, 20th Floor
Philadelphia, PA 19102
(215) 893-3434

Attorney for Plaintiffs

PH1 962926v1 04/17/07

_/s/ signature_  
EDWARD J. HAYES, ESQUIRE  
LAUREN P. MCKENNA, ESQUIRE  
PETER C. BUCKLEY, ESQUIRE  
FOX ROTHSCHILD LLP  
2000 Market Street, 10th Floor  
Philadelphia, PA 19103  
(215) 299-2000  
Attorneys for Defendant,  
OLD REPUBLIC NATIONAL TITLE  
INSURANCE COMPANY

_/s/ signature_  
JOSEPH F. YENOUSKAS, ESQUIRE  
GOODWIN PROCTER LLP  
901 New York Avenue, NW  
9th Floor East  
Washington, DC 20001  
(202) 346-4000  

Attorney for Defendants,  
FIRST HORIZON HOME LOANS, INC.  
d/b/a MNC MORTGAGE f/k/a MNC  
MORTGAGE and CYNTHIA BAXTER  
WOLF

WILLIAM J. PETERS, ESQUIRE  
PETERS & WASILEFSKI  
2931 North Front Street  
Harrisburg, PA 17110  
(717) 238-7555  

Attorney for Defendants,  
MICHAEL SEDOR and PENN STATE  
ABSTRACT COMPANY

RORY O. CONNAUGHTON, ESQUIRE  
HARTMAN, UNDERHILL & BRUBAKER  
LLP  
221 East Chestnut Street  
Lancaster, PA 17602  
(717) 299-7254  

Attorney for Defendant,  
GUARDIAN HOME FUNDING, INC.  
t/d/b/a AARROW MORTGAGE GROUP

TIMOTHY J. MCMAHON, ESQUIRE  
MARSHALL, DENNEHEY, WARNER  
 COLEMAN & GOGGIN  
4200 Crums Mill Road, Suite B  
Harrisburg, PA 17112  

Attorney for Defendants,  
APPRAISALS, LTD and MATTHEW FLOHR

DAVID R. FINE, ESQUIRE  
KIRKPATRICK & LOCKHART PRESTON  
 GATES ELLIS LLP  
17 North Second Street, 18th Floor  
Harrisburg, PA 17101  
(717) 231-4500  

Attorney for Defendant,  
U.S. MORTGAGE FINANCE  
CORPORATION

EDWARD J. HAYES, ESQUIRE
LAUREN P. MCKENNA, ESQUIRE
FOX ROTHSCHILD LLP
2000 Market Street, 10th Floor
Philadelphia, PA 19103
(215) 299-2000
Attorneys for Defendant,
OLD REPUBLIC NATIONAL TITLE
INSURANCE COMPANY

JOSEPH F. YENOUSKAS, ESQUIRE
GOODWIN PROCTER LLP
901 New York Avenue, NW
9th Floor East
Washington, DC 20001
(202) 346-4000

Attorney for Defendants,
FIRST HORIZON HOME LOANS, INC.
d/b/a MNC MORTGAGE f/k/a MNC
MORTGAGE and CYNTHIA BAXTER
WOLF

_/s/ William J. Peters_
WILLIAM J. PETERS, ESQUIRE
PETERS & WASILEFSKI
2931 North Front Street
Harrisburg, PA 17110
(717) 238-7555

Attorney for Defendants,
MICHAEL SEDOR and PENN STATE
ABSTRACT COMPANY

RORY O. CONNAUGHTON, ESQUIRE
HARTMAN, UNDERHILL & BRUBAKER
LLP
221 East Chestnut Street
Lancaster, PA 17602
(717) 299-7254

Attorney for Defendant,
GUARDIAN HOME FUNDING, INC.
t/d/b/a AARROW MORTGAGE GROUP

TIMOTHY J. MCMAHON, ESQUIRE
MARSHALL, DENNEHEY, WARNER
    COLEMAN & GOGGIN
4200 Crums Mill Road, Suite B
Harrisburg, PA 17112

Attorney for Defendants,
APPRAISALS, LTD and MATTHEW FLOHR

DAVID R. FINE, ESQUIRE
K. & L. GATES
17 North Second Street, 18th Floor
Harrisburg, PA 17101
(717) 231-4500

Attorney for Defendant,
U.S. MORTGAGE FINANCE
CORPORATION

CHARLES REES BROWN, Pro Se

-4-

PHI 962926v1 04/17/07

| | |
|---|---|
| EDWARD J. HAYES, ESQUIRE<br>LAUREN P. MCKENNA, ESQUIRE<br>FOX ROTHSCHILD LLP<br>2000 Market Street, 10th Floor<br>Philadelphia, PA 19103<br>(215) 299-2000<br>Attorneys for Defendant,<br>OLD REPUBLIC NATIONAL TITLE<br>INSURANCE COMPANY | JOSEPH F. YENOUSKAS, ESQUIRE<br>GOODWIN PROCTER LLP<br>901 New York Avenue, NW<br>9th Floor East<br>Washington, DC 20001<br>(202) 346-4000<br><br>Attorney for Defendants,<br>FIRST HORIZON HOME LOANS, INC.<br>d/b/a MNC MORTGAGE f/k/a MNC<br>MORTGAGE and CYNTHIA BAXTER<br>WOLF |
| WILLIAM J. PETERS, ESQUIRE<br>PETERS & WASILEFSKI<br>2931 North Front Street<br>Harrisburg, PA 17110<br>(717) 238-7555<br><br>Attorney for Defendants,<br>MICHAEL SEDOR and PENN STATE<br>ABSTRACT COMPANY | RORY O. CONNAUGHTON, ESQUIRE<br>HARTMAN, UNDERHILL & BRUBAKER<br>LLP<br>221 East Chestnut Street<br>Lancaster, PA 17602<br>(717) 299-7254<br><br>Attorney for Defendant,<br>GUARDIAN HOME FUNDING, INC.<br>t/d/b/a AARROW MORTGAGE GROUP |
| TIMOTHY J. MCMAHON, ESQUIRE<br>MARSHALL, DENNEHEY, WARNER<br>  COLEMAN & GOGGIN<br>4200 Crums Mill Road, Suite B<br>Harrisburg, PA 17112<br><br>Attorney for Defendants,<br>APPRAISALS, LTD and MATTHEW FLOHR | DAVID R. FINE, ESQUIRE<br>K & L GATES<br>17 North Second Street, 18th Floor<br>Harrisburg, PA 17101<br>(717) 231-4500<br><br>Attorney for Defendant,<br>U.S. MORTGAGE FINANCE<br>CORPORATION |

CHARLES REES BROWN, Pro Se

-4-

PHI 962926v1 04/17/07

_/s/_

EDWARD J. HAYES, ESQUIRE
LAUREN P. MCKENNA, ESQUIRE
PETER C. BUCKLEY, ESQUIRE
FOX ROTHSCHILD LLP
2000 Market Street, 10th Floor
Philadelphia, PA 19103
(215) 299-2000
Attorneys for Defendant,
OLD REPUBLIC NATIONAL TITLE
INSURANCE COMPANY

JOSEPH F. YENOUSKAS, ESQUIRE
GOODWIN PROCTER LLP
901 New York Avenue, NW
9th Floor East
Washington, DC 20001
(202) 346-4000

Attorney for Defendants,
FIRST HORIZON HOME LOANS, INC.
d/b/a MNC MORTGAGE f/k/a MNC
MORTGAGE and CYNTHIA BAXTER
WOLF

WILLIAM J. PETERS, ESQUIRE
PETERS & WASILEFSKI
2931 North Front Street
Harrisburg, PA 17110
(717) 238-7555

Attorney for Defendants,
MICHAEL SEDOR and PENN STATE
ABSTRACT COMPANY

RORY O. CONNAUGHTON, ESQUIRE
HARTMAN, UNDERHILL & BRUBAKER
LLP
221 East Chestnut Street
Lancaster, PA 17602
(717) 299-7254

Attorney for Defendant,
GUARDIAN HOME FUNDING, INC.
t/d/b/a AARROW MORTGAGE GROUP

TIMOTHY J. MCMAHON, ESQUIRE
MARSHALL, DENNEHEY, WARNER
   COLEMAN & GOGGIN
4200 Crums Mill Road, Suite B
Harrisburg, PA 17112

Attorney for Defendants,
APPRAISALS, LTD and MATTHEW FLOHR

_/s/_

DAVID R. FINE, ESQUIRE
KIRKPATRICK & LOCKHART PRESTON
   GATES ELLIS LLP
17 North Second Street, 18th Floor
Harrisburg, PA 17101
(717) 231-4500

Attorney for Defendant,
U.S. MORTGAGE FINANCE
CORPORATION